UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  14 CR 287 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| WARREN BARR III | ) | |

**WITHDRAWAL OF COUNSEL**

     Please take notice that Assistant United States Attorney Christopher R. McFadden is no longer assigned to this case.

                     Respectfully submitted,

                     ZACHARY T. FARDON
                     United States Attorney

By:    *s/Christopher R. McFadden*
         CHRISTOPHER R. McFADDEN
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois 60604
         (312) 353-1931

March 23, 2016