UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 287-2 |
| v. ) | |
| ) | Judge Norgle |
| ROBERT LATTAS ) | |

**AGREED ORDER**

This matter coming before the Court by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing of Robert Lattas shall be re-set for October 2, 2018, at 10:30 a.m.

Entered: _____
Honorable Charles Norgle
United States District Court Judge

Dated: 8/28/18