# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT D LATTAS | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:14-CR-00287(2)<br>USM Number: 45822-424<br><br>Vadim A. Glozman<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 of the Indictment.
☐ pleaded nolo contendere to count(s) ____ which was accepted by the court.
☐ was found guilty on count(s) ____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 U.S.C. § 1344 Bank Fraud | 7/31/2012 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ____

☒ Count(s) 2, 3, 4, 5, 6, 7, 8, 9 and 11 of the Indictment. dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

October 2, 2018
Date of Imposition of Judgment

Signature of Judge
Charles R. Norgle, United States District Judge

Name and Title of Judge

OCT 0 2 2018
Date

DEFENDANT: ROBERT D LATTAS
CASE NUMBER: 1:14-CR-00287(2)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Sixty-three (63) months to bureau of prisons to run concurrent with sentence imposed by Judge Durkin in Case No. 13 CR 463.

☒ The court makes the following recommendations to the Bureau of Prisons: Recommendation for participation in RDAP and designation to Oxford.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at ___ on ___

　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☒ before 2:00 pm on 12/3/2018

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

ILND 245B (Rev. 3/29/2018) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties
Case: 1:14-cr-00287 Document #: 281 Filed: 10/02/18 Page 3 of 5 PageID #:1082
Judgment – Page 3 of 5

DEFENDANT: ROBERT D LATTAS
CASE NUMBER: 1:14-CR-00287(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $100.00 | $.00 | $.00 | $12,840,319.00 |

☐ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $11,834,284.00 to:

BANK OF AMERICA
ATTN: DONNA MCLAUCHLIN
NC4-105-01-41 PIEDMONT PARKWAY
GREENSBORO, NC 27410
$4,985,990.00

CITIMORTGAGE INC.
CITIBANK N.A.
ATTN: LEGAL SERVICES INTAKE UN
701 E. 60TH STREET NORTH
SIOUX FALLS, SD 57117
$244,965.00

FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MA
ATTN: RESTITUTION ADMIN/LEGAL
8200 JONES BRANCH DRIVE
MS 202
MCLEAN, VA 22102
$1,991,578.00

FEDERAL NATIONAL MORTGAGE CORPORATION (FANNIE MAE)
ATTN: ACCOUNTS RECEIVABLE
14221 DALLAS PARKWAY
SUITE 100
DALLAS, TX 75254
$385,800.00

GUARANTEED RATE INC.
ATTN: LEGAL DEPARTMENT
3940 N. RAVENSWOOD
CHICAGO, IL 60613
$1,064,451.00

WELLS FARGO BANK
ATTN: RESTITUTION ADMIN/LEGAL
1700 LINCOLN STREET
9TH FLOOR
DENVER, CO 80203
$3,161,500.00

DEFENDANT: ROBERT D LATTAS
CASE NUMBER: 1:14-CR-00287(2)

Restitution of $1,006,035.00

CITIMORTGAGE INC.
CITIBANK N.A.
ATTN: LEGAL SERVICES INTAKE UN
701 E. 60TH STREET NORTH
SIOUX FALLS, SD 57117

$141,800.00

FIRST HORIZON NATIONAL CORPORATION
ATTN: LEGAL DIVISION
165 MADISON AVE.
8TH FLOOR
MEMPHIS, TN 38103

$226,385.00

HSBC MORTGAGE CORP
HSBC BANK NA
ATTN: FINANCIAL CRIME INVESTIG
452 FIFTH AVENUE
NEW YORK, NY 10016

$245,650.00

JP MORGAN CHASE BANK
ATTN: KATHY VAL, RECOVERY INVE
10151 DEERWOOD PARK BLVD
BUILDING 300
JACKSONVILLE, FL 32256

$392,200.00

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☒ the interest requirement is waived for the restitution..

　　☐ the interest requirement for the　　is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ROBERT D LATTAS
CASE NUMBER: 1:14-CR-00287(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $     due immediately.

      ☐ balance due not later than     , or

      ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal     (*e.g. weekly, monthly, quarterly*) installments of $     over a period of     (*e.g., months or years*), to commence     (*e.g., 30 or 60 days*) after the date of this judgment; or

**D** ☐ Payment in equal     (*e.g. weekly, monthly, quarterly*) installments of $     over a period of     (*e.g., months or years*), to commence     (*e.g., 30 or 60 days*) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within     (*e.g., 30 or 60 days*) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
The fine as well as any costs of incarceration are waive.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) all liable co-defendants in Case No. 14 CR 287-1,3,4,5,6 | Total Amount $12,840,319 | Joint and Several Amount | Corresponding Payee, if Appropriate |

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court cost